IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLEXTECH RIGHTS LIMITED,

        Plaintiff,

v.

HALLMARK ENTERTAINMENT INC,
HALLMARK ENTERTAINMENT DISTRIBUTION
COMPANY, RHI ENTERTAINMENT HOLDING,
LLC, HALLMARK ENTERTAINMENT
INVESTMENTS COMPANY, CROWN MEDIA
HOLDINGS, INC., CROWN MEDIA UNITED
STATES, LLC, RHI ENTERTAINMENT, INC., AND
RHI ENTERTAINMENT DISTRIBUTION, LLC.

        Defendants.

07 CV 10676

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Flextech Rights Limited (a private non-governmental party) certifies that the following are corporate parents and/or publicly held corporations that own 10% or more of its stock:

    Flextech Broadband Ltd.

    Telewest Communications Networks Limited

    Telewest UK Ltd.

    Virgin Media Investment Holdings Ltd.

Virgin Media Finance PLC

Virgin Media Communications Limited

Virgin Media (UK) Group, Inc.

Virgin Media Group LLC

Virgin Media, Inc.

| | |
|---|---|
| November 28, 2007 | Respectfully submitted, |
| | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| | */s/ Elliot E. Polebaum* |
| | Elliot E. Polebaum |
| | 1001 Pennsylvania Avenue, N.W.<br>Suite 800<br>Washington, D.C. 20004<br>Tel.: (202) 639-7000 |
| | One New York Plaza<br>New York, NY 10004<br>(212) 859-8000 |
| | Counsel for Plaintiff |

289187