# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLEXTECH RIGHTS LIMITED,   :

                Plaintiff,   :   1:07 CV 10676 (DC)(KNF)

    - against -   :   **STIPULATION**

HALLMARK ENTERTAINMENT INC., HALLMARK   :
ENTERTAINMENT DISTRIBUTION COMPANY,
RHI ENTERTAINMENT HOLDING, LLC,   :
HALLMARK ENTERTAINMENT INVESTMENTS
COMPANY, CROWN MEDIA HOLDINGS, INC.,   :
CROWN MEDIA UNITED STATES, LLC, RHI
ENTERTAINMENT, INC., RHI ENTERTAINMENT   :
DISTRIBUTION LLC, AND RHI ENTERTAINMENT
LLC,   :

                Defendants.   :

------------------------------------------------------------x



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, as follows:

1.    Defendant RHI Entertainment Distribution, LLC is the successor-in-interest to defendant Hallmark Entertainment Distribution Company.

2.    Defendant RHI Entertainment, LLC is the successor-in-interest to defendant Hallmark Entertainment, Inc.

3.    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the following defendants from this action without prejudice: (a) Hallmark Entertainment Inc.; (b) Hallmark Entertainment Distribution Company; (c) RHI Entertainment Holding, LLC; (d) Hallmark Entertainment Investments Company; (e) Crown Media Holdings, Inc.; (f) Crown Media United States, LLC; and (g) RHI Entertainment, Inc.

4.   Pryor Cashman LLP hereby appears on behalf of the only two defendants remaining in this action, which are RHI Entertainment Distribution, LLC, and RHI Entertainment, LLC.

5.   The time for RHI Entertainment Distribution, LLC, and RHI Entertainment, LLC to answer or otherwise move with respect to the Amended Complaint is extended up to and including February 8, 2008.

Dated: New York, New York
       December 20, 2007

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
Elliot E. Polebaum
Attorneys for Plaintiff
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004
(202) 639-7000
elliot.polebaum@friedfrank.com

One New York Plaza
New York, New York 10004
(212) 859-8000

PRYOR CASHMAN LLP

By: _____
Philip R. Hoffman (PH-1607)
Attorneys for Defendants
410 Park Avenue
New York, New York 10022
(212) 421-4100
phoffman@pryorcashman.com

SO ORDERED:
_____
U.S.D.J.

12/27/07

2