UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLEXTECH RIGHTS LIMITED, : 1:07 CV 10676 (DC)(KNF)

                      Plaintiff, : **RULE 7.1 STATEMENT**

    - against - :

RHI ENTERTAINMENT DISTRIBUTION LLC :
and RHI ENTERTAINMENT LLC,
                                                  :

                     Defendants.
                                                  :
------------------------------------------------------------x

      Defendants RHI Entertainment Distribution, LLC and RHI Entertainment, LLC, as and for their Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state that:

1. The parent of RHI Entertainment Distribution, LLC is RHI Entertainment, LLC.

2. The parent of RHI Entertainment, LLC is RHI Entertainment Holdings, LLC.

3. There are no publicly held corporations that own 10% or more of the stock of defendants or RHI Entertainment Holdings, LLC.

Dated:  New York, New York
        February 5, 2008

                                                   PRYOR CASHMAN LLP

                                                 By: _____
                                                   Philip R. Hoffman (PH-1607)
                                                   Attorneys for Defendants
                                                   410 Park Avenue
                                                   New York, New York 10022
                                                   (212) 421-4100
                                                   phoffman@pryorcashman.com