# MEMO ENDORSED

*Chin /s/*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

FLEXTECH RIGHTS LIMITED,     :

           Plaintiff,     :     1:07 CV 10676 (DC)(KNF)

  - against -     :     **STIPULATION**

RHI ENTERTAINMENT DISTRIBUTION LLC     :
and RHI ENTERTAINMENT LLC,
    :
           Defendants.
    :
----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time for defendants to answer or otherwise move with respect to the Amended Complaint is extended up to and including March 10, 2008.

Dated: New York, New York
       February 5, 2008

                            FRIED, FRANK, HARRIS, SHRIVER
                            & JACOBSON LLP

                            By: _____
                            Elliot E. Polebaum
                            Attorneys for Plaintiff
                            1001 Pennsylvania Avenue, N.W.
                            Suite 800
                            Washington, D.C. 20004
                            (202) 639-7000
                            elliot.polebaum@friedfrank.com

                            One New York Plaza
                            New York, New York 10004
                            (212) 859-8000

PRYOR CASHMAN LLP

By: _____
Philip R. Hoffman (PH-1607)
Attorneys for Defendants
410 Park Avenue
New York, New York 10022
(212) 421-4100
phoffman@pryorcashman.com

SO ORDERED:

_____
U.S.D.J.

2/8/08