UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

FLEXTECH RIGHTS LIMITED,  :

                     Plaintiff,  :  1:07 CV 10676 (DC)(KNF)

- against -  :  **STIPULATION**

RHI ENTERTAINMENT DISTRIBUTION LLC  :
and RHI ENTERTAINMENT LLC,
                    :

                 Defendants.  :
----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time for defendants to answer or otherwise move with respect to the Amended Complaint is extended up to and including April 11, 2008.

Dated: New York, New York
       March 5, 2008

                                        FRIED, FRANK, HARRIS, SHRIVER
                                        & JACOBSON LLP

                                        By: _____
                                        Elliot E. Polebaum
                                        Attorneys for Plaintiff
                                        1001 Pennsylvania Avenue, N.W.
                                        Suite 800
                                        Washington, D.C. 20004
                                        (202) 639-7000
                                        elliot.polebaum@friedfrank.com

                                        One New York Plaza
                                        New York, New York 10004
                                        (212) 859-8000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

PRYOR CASHMAN LLP

By: _____
Philip R. Hoffman (PH-1607)
Attorneys for Defendants
410 Park Avenue
New York, New York 10022
(212) 421-4100
phoffman@pryorcashman.com

SO ORDERED:

_____
U.S.D.J.

There having already been 2 extensions granted, this request is granted only until 3/25/08 FINAL.

SO ORDERED.

_____
USDJ
3/11/08