**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

**J. Michael McMahon**
**Clerk of the Court**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

------------------------------- x
Flextech Rights Limited,

        Plaintiff(s),

    - against -

RHI Entertainment Distribution, LLC,

        Defendant(s).
------------------------------- x

07 Civ. 10676 (DC)

    The above-captioned action has been assigned to Judge Denny Chin.

    Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

    This conference will be held on <u>April 25, 2008 at 3:00 P.M.</u>, in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

    **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
            March 31, 2008

                                                    Sincerely,

                                                    David Tam
                                                    Courtroom Deputy Clerk
                                                    U.S.D.C. - S.D.N.Y.
                                                    500 Pearl Street, Rm. 1020
                                                    New York, New York 10007
                                                    (212) 805-0096