# MEMO ENDORSED

*(illegible handwritten notation)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FLEXTECH RIGHTS LIMITED,　　　　　　　　:

　　　　　　　　　　Plaintiff,　　　　　　　:　　1:07 CV 10676 (DC)(KNF)

　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　**STIPULATION**
　- against -　　　　　　　　　　　　　　　:　　**OF DISMISSAL**

　　　　　　　　　　　　　　　　　　　　　:
RHI ENTERTAINMENT DISTRIBUTION LLC
and RHI ENTERTAINMENT LLC,　　　　　　　:

　　　　　　　　　　Defendants.　　　　　:

------------------------------------------------------------x

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action and all claims therein are hereby dismissed with prejudice and without costs.

Dated: New York, New York
　　　　May 13, 2008

　　　　　　　　　　　　　　　　　　　　FRIED, FRANK, HARRIS, SHRIVER
　　　　　　　　　　　　　　　　　　　　& JACOBSON LLP

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Elliot E. Polebaum
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　1001 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　(202) 639-7000
　　　　　　　　　　　　　　　　　　　　elliot.polebaum@friedfrank.com

　　　　　　　　　　　　　　　　　　　　One New York Plaza
　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　(212) 859-8000

PRYOR CASHMAN LLP

By: _____
Philip R. Hoffman
Attorneys for Defendants
410 Park Avenue
New York, New York  10022
(212) 421-4100
phoffman@pryorcashman.com

SO ORDERED:

_____
U.S.D.J.

5/14/08